**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Diana Hernandez

Plaintiff,

v.

Case No.: 1:26−cv−06898
Honorable Lindsay C. Jenkins

Dyson Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 31, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiffs should file a consolidated amended complaint in this case by September 11, 2026. Defendants answer or responsive pleading is due by October 9, 2026 and any motion to dismiss should include an agreed briefing schedule. Having reviewed the initial status report, the court advises the parties that it generally does not stay discovery pending motion practice. Accordingly, Rule 26(a)(1) disclosures are due by September 25, 2026 and written discovery also begins on September 25, 2026. Any amendments to the pleadings must be made by December 11, 2026. All fact discovery shall be noticed in time for completion by June 30, 2027. The court will set an expert discovery schedule for the case closer to the close of fact discovery. A joint status report as to the progress of fact discovery (including whether it will close on time) is due by March 25, 2027. If at any time the parties agree to proceed with a settlement conference before the assigned magistrate judge, they can jointly email the courtroom deputy for a settlement referral. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.