**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Diana Hernandez, et al.
Plaintiff,
v.
Dyson Inc.
Defendant.

Case No.: 1:26−cv−06898
Honorable Lindsay C. Jenkins

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 4, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's unopposed motion for excess pages [34] is granted. The forthcoming brief may not exceed 20 pages. Defendant's reply brief may not exceed 15 pages. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.